40. The Department of Transportation requires that the maximum weight limit for a tractor and trailer shall not exceed 80,000 pounds. The average weight of an empty tractor and trailer is about 30,000 pounds. When cattle was transported to different feed yards or to buyers, the transport companies could only haul loads of cattle that weighed 50,000 pounds or less. The example below is from a booklet published by the Department of Transportation.



MAXIMUM AXLE LOADS
SINGLE AXLE....... 22,000 POUNDS
TANDEM AXLE....... 44,000 POUNDS

16 FEET
MAXIMUM INTERNAL BRIDGE WEIGHT ALLOWED IS 48,000 POUNDS

ON A TANDEM AXLE, THE MOST WEIGHT ALLOWED IS 44,000 POUNDS

40 FEET
MAXIMUM INTERNAL BRIDGE WEIGHT FOR THIS LENGTH IS 68,500 POUNDS

51 FEET
MAXIMUM WEIGHT ALLOWED IS 80,000 POUNDS

41. It was Ron Shepard's responsibility to make arrangements for transportation when cattle needed to be moved. Shepard held a commercial license so he was aware of the weight limitations. Sometimes he had to ship a load of cattle in more then one trip for this reason. Richard Hall also holds a commercial license and operated a trucking company. Hall was also aware of the reason loads were sometimes broken up into more then one shipment.