IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:04-cr-00001-SPM-AK

RONALD RYAN SHEPARD, JR.,

    Defendant.
_____/

**REPORT AND RECOMMENDATION**

This matter is before the Court on Doc. 136, Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, by Ronald Ryan Shepard, Jr.  For several reasons, the petition should be denied.  First, it has been inappropriately filed in the criminal case.  A 2241 petition is a civil matter separate and apart from the criminal proceeding with its own filing requirements, including the payment of a minimal filing fee or permission to proceed *in forma pauperis*.  Second, a 2241 petition must be filed in the district of confinement and must name as the proper respondent the warden of the facility where the prisoner is being held.  *Rumsfeld v. Padilla*, \_\_\_\_ U.S. \_\_\_\_, 124 S.Ct. 2711, 2718, 159 L.Ed. 2d 513 (2004).  Defendant, who is housed at USP Atlanta, is not presently incarcerated in this district.  *See* http://www.bop.gov/iloc2/LocateInmate.jsp.  Finally, the savings clause of § 2255 permits a federal prisoner to seek § 2241 relief only when a motion to vacate is "inadequate or ineffective to test the legality of his detention."  28 U.S.C. § 2255; *see also  Wofford v. Scott*, 177 F.3d 1236, 1244-45 (11th Cir. 1999).  Even if Defendant

could meet this threshold, the petition is not properly before this Court for consideration for the reasons previously stated.

Accordingly, it is respectfully **RECOMMENDED** that the petition for writ of habeas corpus, Doc. 136, be **DENIED WITHOUT PREJUDICE**.

**IN CHAMBERS** at Gainesville, Florida, this *28th* day of August, 2007.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**