**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                     CASE NO.  1:04-CR-001-SPM/AK

RONALD RYAN SHEPARD, JR.,

    Defendant.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND DENYING MOTION TO VACATE SENTENCE**

    **THIS CAUSE** comes before the Court upon the magistrate judge's Report and Recommendation (doc. 137). The parties have been furnished a copy and have been afforded an opportunity to file objections.  No objections were filed.

    Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

    Accordingly, it is

    **ORDERED AND ADJUDGED** as follows:

    1.     The magistrate judge's report and recommendation (doc. 137) is adopted and incorporated by reference in this order.

    2.     The Petition for Writ of Habeas Corpus (doc. 136), is hereby *denied*.

**DONE AND ORDERED** this <u>thirteenth</u> day of November, 2007.

<u>  *s/Stephan P. Mickle*  </u>

Stephan P. Mickle
United States District Judge