IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 1:04-cr-0001-SPM-AK

RONALD RYAN SHEPARD,

    Defendant.
_____/

## O R D E R

This matter is before the Court on Doc.143, Motion for Leave to Amend Motion to Vacate, by Ronald Ryan Shepard. Defendant did not, however, file the proposed amended motion to vacate as required by the local rules of this Court. *See* N.D. Fla. R. 15.1. Until the proposed amendment is filed, the Government cannot fashion a response as to whether amendment is appropriate under Fed. R. Civ. P. 15.

Accordingly, it is **ORDERED**:

That, no later than **February 1, 2008**, Defendant shall file his proposed amended motion to vacate;

That, **within 14 days after the proposed amended motion to vacate is filed**, the Government shall file a response to the motion for leave to amend.

**DONE AND ORDERED** this *10th* day of January, 2008.

    *s/ A. KORNBLUM*
    **ALLAN KORNBLUM**
    **UNITED STATES MAGISTRATE JUDGE**