IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:04-cr-1-SPM-AK

RONALD RYAN SHEPARD, JR.,

    Defendant.
_____/

**O R D E R**

Previously, the Court ordered the filing of Defendant's proposed amended § 2255 motion to vacate so that the Court could determine whether the motion to amend, Doc. 143, should be granted.  Doc. 145.  At that time, the Court directed the Government to file its response to the motion to amend within 14 days after the filing of the proposed amended motion to vacate.  *Id*.  Though tardy by 10 days, Defendant filed his proposed amended motion to vacate on February 11, 2008; however, to date the Government has provided the Court with no indication of its position on the motion to amend.  The Government should immediately correct that oversight.

Accordingly, it is **ORDERED**:

That the Government shall file its response to Doc. 143 no later than **March 17, 2008**.

**DONE AND ORDERED** this   4th    day of March, 2008.

    S/A. Kornblum
    **ALLAN KORNBLUM**
    **UNITED STATES MAGISTRATE JUDGE**