IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:04-cr-1-SPM-AK

RONALD RYAN SHEPARD, JR.,

    Defendant.
_____/

## **O R D E R**

By prior order, the Court gave the Government an opportunity to object to Defendant's motion to amend his motion to vacate. Doc. 146. To date, the Government has voiced no objections to the proposed amended § 2255 motion, and thus, the Court will grant the motion to amend and order the Government to file a response to the amended motion to vacate.

Accordingly, it is **ORDERED**:

That the motion to amend, Doc. 143, is **GRANTED;**

That the Government shall file its response to the amended motion to vacate, Doc. 146, no later than **May 2, 2008.**

**DONE AND ORDERED** this *3rd* day of April, 2008.

           S/A.Kornblum
           **ALLAN KORNBLUM**
           **UNITED STATES MAGISTRATE JUDGE**