IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        CASE NO. 1:04CR1-SPM/AK

RONALD RYAN SHEPARD,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 154, motion for extension of time to file a response to the § 2255 motion. For good cause shown, the Court finds the motion to be well taken.

Accordingly, it is **ORDERED**:

That the motion for extension of time, Doc. 154, is **GRANTED**;

That the Government shall file its response no later than **June 2, 2008**;

That Petitioner may file a reply no later than **July 2, 2008.**

**DONE AND ORDERED** this _6th_ day of May, 2008.

                        S/A. Kornblum
                        **ALLAN KORNBLUM**
                        **UNITED STATES MAGISTRATE JUDGE**