IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

vs.  CASE NO. 1:04-CR-001-SPM/AK

RONALD RYAN SHEPARD, JR.,

    Defendant.
_____/

## ORDER DENYING MOTION FOR BOND

**THIS CAUSE** comes before the Court upon Defendant's "Third Amended Motion for Bond and/or Furlough" (doc. 152), in which Defendant requests to be released on bond or on furlough pending the resolution of his 2255 motion. "Ordinarily a section 2255 motion is filed after a defendant's completion of unsuccessful direct appellate proceedings following the filing of an appeal from a judgment of conviction and sentence." United States v. Barnes, 324 F.3d 135, 138 (3d Cir. 2003).  Defendant is not in custody pending an upcoming trial or appeal, therefore he does not qualify for release under 18 U.S.C. §§ 3142, 3143. The pending of Defendant's 2255 motion is an insufficient basis upon which to grant a motion for release on bond.   Furthermore, because Defendant is no longer in the custody of the United States Marshall Service, any furlough requests should be made through the Bureau of Prisons, in consultation with the

United States Probation Office.  Accordingly, it is

**ORDERED AND ADJUDGED** that Defendant's Third Amended Motion for Bond and/or furlough (doc. 152) is hereby *denied*.

**DONE AND ORDERED** this twenty-third day of June, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge