IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

vs. CASE NO.: 1:04-cr-1-SPM-AK

RONALD RYAN SHEPARD, JR.,

    Defendant

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the court upon the Magistrate Judge's Report and Recommendation (doc. 161). Petitioner has been furnished a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the Report and Recommendation, it is hereby ORDERED AND ADJUDGED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 161) is *adopted* and incorporated by reference in this order.

2. Defendant's Amended Motion to Vacate (doc. 146) is *denied*.

DONE AND ORDERED this twenty-eighth day of August, 2009.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    Chief United States District Judge